# EXHIBIT B

**U.S. Patent No. 8,215,865 v. Kent Stainless Ltd.**

# 1. Claim Chart

| Claim | Analysis |
|---|---|
| [1.P] A bollard structure comprising: at least one bollard; and | Kent Stainless Ltd. ("Company") makes, uses, sells and/or offers to sell a bollard structure comprising of at least one bollard.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Company provides bollards such as HVM Bollard (used herein as an exemplary product), Anti-Terrorism Frankfurt Bin, Anti-Terrorism Planter, HVM Seat, Anti-Terrorism Bike Stand, Anti-Terrorism Noticeboard, HVM Balustrade and HVM Monolith.<br><br><br><br>Source: https://www.kentstainless.com/street-furniture/hostile-vehicle-mitigation/hvm-bollard/ |

2

| | |
|---|---|
| <br>Source: https://kentstainless1.b-cdn.net/wp-content/uploads/2020/09/stainless-steel-anti-terrorisim-hostile-vehicle-mitigation-KHVMB200.pdf, Page 8 | |
| [1.1] a base comprising opposed ends and a plurality of structural members which intersect and are tied together, for each bollard of the | Company provides a base comprising opposed ends and a plurality of structural members which intersect and are tied together, for each bollard of the bollard structure at least one first structural member extending from a first of the opposed ends of the base to a second of the opposed ends of the base in a first direction intersecting with the opposed ends, and at least one structural member extending to intersect with the at least one first structural member.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, HVM bollard includes a base that comprises opposed ends and multiple iron rebars ("plurality of structural members"). The iron rebars in the base of each bollard extend horizontally ("first direction") from one end to the other end of the base such that it intersects the other end of the base ("for each bollard of the bollard structure at least one first structural member extending from a first of the opposed ends of the base to a second of the opposed ends of the base in a first direction intersecting with the opposed ends"). Further, the iron bars intersects with each other ("one structural member extending to intersect with the at least one first structural member"). In the construction industry, it is common |

3

| | |
|---|---|
| bollard structure at least one first structural member extending from a first of the opposed ends of the base to a second of the opposed ends of the base in a first direction intersecting with the opposed ends, and at least one structural member extending to intersect with the at least one first structural member; | to use rebar tie wire or welding for the iron bars to hold the components of the structure together in a particular position, therefore it would be apparent to a person having ordinary skill in the art that the structural members are tied together.<br><br><br><br>Source: https://kentstainless1.b-cdn.net/wp-content/uploads/2020/09/stainless-steel-anti-terrorisim-hostile-vehicle-mitigation-KHVMB200.pdf, Page 8<br><br>- Rebar wire ties such as double loop ties, snap ties, and bar tie wire are essential for maintaining concrete structure integrity, with each type offering specific benefits in terms of ease of use, speed, and reliability in securing rebar before concrete pouring.<br><br>Source: https://certifiedmtp.com/blog?p=top-quality-rebar-wire-ties-your-ultimate-guide-for-strong-concrete-reinforcement |

4

| | |
|---|---|
| | 
Source: https://kentstainless1.b-cdn.net/wp-content/uploads/2020/09/stainless-steel-anti-terrorisim-hostile-vehicle-mitigation-KHVMB200.pdf, Page 8 |
| [1.2] each bollard being secured to at least one of the at least one first structural member and the at least one structural member of the base for the | Company provides a bollard being secured to at least one of the at least one first structural member and the at least one structural member of the base for the respective bollard and extending upwardly from the base so as to transmit forces applied to the at least one bollard to the base.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, each HVM bollard is secured with iron rebars ("structural member") in the base. HVM bollard extends upwardly from the base such that when force or impact is applied, the force is transmitted from the bollard to its base. |

5

| | |
|---|---|
| respective bollard and extending upwardly from the base so as to transmit forces applied to the at least one bollard to the base; | <br><br>Source: https://kentstainless1.b-cdn.net/wp-content/uploads/2020/09/stainless-steel-anti-terrorisim-hostile-vehicle-mitigation-KHVMB200.pdf, Page 8 |
| [1.3] wherein the base is configured to be mounted in a shallow excavation with the at least one bollard extending | Company provides a base which is configured to be mounted in a shallow excavation with the at least one bollard extending above grade.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, HVM bollard is configured to be mounted in shallow excavation such that the bollard extends from the base to above the ground level ("above grade"). |

6

| | |
|---|---|
| above grade; and | Source: https://www.kentstainless.com/product-category/street-furniture/hostile-vehicle-mitigation/<br><br>Source: https://kentstainless1.b-cdn.net/wp-content/uploads/2020/09/stainless-steel-anti-terrorisim-hostile-vehicle-mitigation-KHVMB200.pdf, Page 8 |
| [1.4] wherein the at least one first structural member or | Company provides at least one first structural member or at least one structural member or both being configured or tied together to retain within the base supporting media introduced into the base when the base is mounted in the excavation such that the rotation is resisted of a bollard or bollards and the base from an impact against the bollard or bollards.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |

| | |
|---|---|
| the at least one structural member or both are configured or tied together to retain within the base supporting media introduced into the base when the base is mounted in the excavation such that the rotation is resisted of a bollard or bollards and the base from an impact against the bollard or bollards. | For example, the iron rebars ("structural member") are configured to retain within the base when a concrete foundation ("supporting media") is set up ("introduced into the base"). Since the concrete foundation holds the bollard and the base in a particular position, therefore it would be apparent to a person having ordinary skill in the art that the bollard and the base become resistant against rotation upon impact ("rotation is resisted of a bollard or bollards and the base from an impact against the bollard or bollards").<br><br>**Cast In:**<br>• Cast foundations—always consult with engineers specifications — we recommend a minimum of 2 times the buried root length (300mm x 2 = 600mm) and 3 times the bollard diameter (101mm x 3 = 303mm).<br>• Position your bollard in the correct position ensuring correct height and then prop the stand securely. Fill the hole with concrete up to the level of the underside of the pavement ensuring a good smooth surface finish.<br>• Remove props, replace the paving slabs and ensure that they are well bedded in.<br><br>Source: https://kentstainless1.b-cdn.net/wp-content/uploads/2020/09/stainless-steel-anti-terrorisim-hostile-vehicle-mitigation-KHVMB200.pdf, Page 6<br><br>**HOSTILE VEHICLE MITIGATION**<br><br>These bollards have been crash tested for Hostile Vehicle Mitigation successfully to PAS68. Our most popular anti-terrorist bollard can be installed with only a 200mm deep shallow foundation and still withstand a 7500kg truck travelling at 48km/h or 40mph. Kent Stainless either work with a specified provider of PAS68 rated cores or we can provide the cores. Our<br><br>Source: https://www.kentstainless.com/product-category/street-furniture/hostile-vehicle-mitigation/ |

8



Source: https://kentstainless1.b-cdn.net/wp-content/uploads/2020/09/stainless-steel-anti-terrorisim-hostile-vehicle-mitigation-KHVMB200.pdf, Page 8

9

## 2. List of References

1. https://www.kentstainless.com/street-furniture/hostile-vehicle-mitigation/hvm-bollard/, last accessed on March 22, 2024.
2. https://www.kentstainless.com/product-category/street-furniture/hostile-vehicle-mitigation/, last accessed on March 22, 2024.
3. https://kentstainless1.b-cdn.net/wp-content/uploads/2020/09/stainless-steel-anti-terrorisim-hostile-vehicle-mitigation-KHVMB200.pdf, last accessed on March 22, 2024
4. https://certifiedmtp.com/blog?p=top-quality-rebar-wire-ties-your-ultimate-guide-for-strong-concrete-reinforcement, last accessed on March 22, 2024.